## Shaner Estate

TAXIS, P. J., November 2, 1961.— . . . In examining the present account, one matter need be discussed. Several entries in this account seem to indicate quite clearly that the executors have been purchasing securities on margin. This is improper fiduciary action. Cf. Restatement of Trusts 2d §227, comment (f); English v. McIntyre, 51 N. Y. S. 697 (App. Div., 1898); In re Hirsch's Estate, 101 N. Y. S. 893 (App. Div., 1906). . . .